IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,               No. CIV S-11-1321 JAM CKD PS

    vs.

S & K PARTNERSHIP,

      Defendants.         ORDER

_____/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). The answer filed on July 1, 2011 on behalf of the defendant partnership was signed by one of the partners, proceeding pro se. There is no indication that this partner is an attorney. It is well established that "a corporation may appear in the federal courts only through licensed counsel." Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993); see also In re America West Airlines, 40 F.3d 1058 (9th Cir. 1994) (non-attorney members of partnership cannot appear on behalf of partnership). Defendant will therefore be granted thirty days leave to obtain counsel.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within thirty days from the date of this order, defendant S & K Partnership is directed to obtain counsel. Failure to comply with this order may result in the striking of any

\\\\

1

answer filed pro se on behalf of this defendant and recommendation that default judgment be entered against defendant.

DATED: August 8, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
johnson-s&k.corp