IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,                    No. CIV S-11-1321 JAM CKD PS

    vs.

S & K PARTNERSHIP,

      Defendants.              ORDER

_____/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). The answer filed on July 1, 2011 on behalf of the defendant partnership was signed by one of the partners, proceeding pro se. On August 8, 2011, defendant was granted thirty days leave to obtain counsel and cautioned that failure to do so would result in striking of the answer. Defendant has failed to obtain counsel.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The answer filed July 1, 2011 on behalf of defendant S&K Partnership, dkt. no. 7, is stricken. The Clerk of Court is directed to enter default against defendant S&K Partnership.

/////

/////

////

1

2. Within sixty days, plaintiff shall move for default judgment and shall serve a copy of the motion on defendant.

Dated: September 20, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
johnson-s&k.str