IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,                        No. CIV S-11-1321 JAM CKD PS

    vs.

S & K PARTNERSHIP,

    Defendants.                  <u>ORDER</u>

_____/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Dkt. no. 8. On September 21, 2011, the answer of defendant was stricken because a partnership may not proceed in propria persona. Plaintiff now moves for default judgment. However, it appears that service of summons was not properly effected. The proof of service indicates a person other than the authorized agent for service of process was served with the summons. <u>See</u> dkt. no. 6 (executed summons); dkt no. 7 (letter from general partner of defendant partnership). Because service of summons does not comply with Federal Rule of Civil Procedure 4(h), the court will vacate the entry of default inasmuch as service of summons has not yet been properly effected.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The entry of default (dkt. no. 13) is vacated.

2. The motion for default judgment (dkt. no. 14) is denied without prejudice.

3. Within thirty days, plaintiff shall file proof of service of summons demonstrating compliance with Federal Rule of Civil Procedure (h) or a voluntary dismissal of the action.

Dated: November 7, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
johnson-s&k.vac