IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,                    No. CIV S-11-1321 JAM CKD PS

    vs.

S & K PARTNERSHIP,

    Defendants.               ORDER TO SHOW CAUSE

_____/

       This action was referred to the undersigned pursuant to Local Rule 302(c)(21). By order filed November 7, 2011, plaintiff was directed, within thirty days, to file proof of service of summons demonstrating compliance with Federal Rule of Civil Procedure (h) or to file a voluntary dismissal of the action. That time period has now expired and plaintiff has neither filed proof of service of summons nor a voluntary dismissal.

       Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, within fifteen days, why this action should not be dismissed.

Dated: January 4, 2012

                                                   CAROLYN K. DELANEY
                                                   UNITED STATES MAGISTRATE JUDGE

4 - johnson-s&k.osc