IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,                    No. CIV S-11-1321 JAM CKD PS

    vs.

S & K PARTNERSHIP,

    Defendants.              <u>ORDER</u>

_____/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Plaintiff was ordered to show cause why this action should not be dismissed for failure to timely serve summons. Plaintiff has now responded to that order and filed a proof of service of summons.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The January 4, 2012 order to show cause is discharged.

////

////

////

////

////

1

2. No later than February 29, 2012, the parties shall file a joint status report addressing proposed dates for scheduling in this matter.

Dated: January 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
johnson-s&k.disch